| | |
|---|---|
| 1 | Seth Lehrman  (CSBN 178303) |
| 2 | ROTHSTEIN ROSENFELDT ADLER |
|   | 401 East Las Olas Blvd., Suite 1650 |
| 3 | Fort Lauderdale, Florida 33301 |
|   | Tel  954-522-3456  Fax 954-527-8663 |
| 4 | Email:  slehrman@rra-law.com |
| 5 | Along with other Plaintiffs' Counsel |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Obelia D. Villaflor and William Famularo, individually and on behalf of all similarly situated individuals, | Case No.:08-cv-04941-MMC |
|---|---|
| Plaintiff | [PROPOSED] AMENDED ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| Experian Information Solutions, Inc., | |
| Defendant. | Hon.   Judge Maxine M. Chesney |

This matter is before the court on Plaintiffs' Motion to Continue Case Management Conference scheduled for February 13, 2009 at 9:30 a.m.  Defendant does not oppose the instant motion.  The Court has reviewed the motion, Declaration of Seth Lehrman, and pleadings and papers filed in the instant action and finds that there is good cause to grant the motion.  Therefore, Plaintiffs' Motion to Continue Case Management Conference is hereby GRANTED.  The CMC set for February 13, 2009 at 9:30 a.m. is hereby continued to March 27, 2009.  In addition, the deadline for the parties to file and exchange Rule 26(f) disclosures and a joint case management statement is hereby continued accordingly.  Further, with respect to Villaflor v. Equifax, CV 09-0329 BZ, plaintiff is hereby DIRECTED to file, no later than February 13, [In the Alternative] Plaintiffs' counsel may appear telephonically at the CMC on February 13, 2009. 2009, a Motion to Consider Whether Cases Should Be Related.

IT IS SO ORDERED.

DATED: February 5, 2009

_____
HON. MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE