Seth Lehrman (CSBN 178303)
ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Blvd., Suite 1650
Fort Lauderdale, Florida 33301
Tel 954-522-3456  Fax 954-527-8663
Email: slehrman@rra-law.com

Along with other Plaintiffs' Counsel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Obelia D. Villaflor, et al.,<br><br>Plaintiffs<br><br>v.<br><br>Experian Information Solutions, Inc.,<br><br>Defendant. | Case No.:08-cv-04941-MMC (MED)<br><br>[PROPOSED] ORDER GRANTING JOINT REQUEST OF PLAINTIFFS AND DEFENDANT TO BE EXCUSED FROM IN-PERSON ATTENDANCE AT FIRST MEDIATION SESSION PURSUANT TO ADR LOCAL RULE 6-10(d)<br><br>Hon. Wayne D. Brazil, ADR Magistrate Judge |

This matter is before the Court on the "Joint Request of Plaintiffs and Defendant to be Excused from In-Person Attendance at Mediation Session Pursuant to ADR Local Rule 6-10(d)." The Court has reviewed the joint request and pleadings and papers filed in the instant action and finds that there is good cause to grant the request.

Therefore, the "Joint Request of Plaintiffs and Defendant to be Excused from In-Person Attendance at Mediation Session Pursuant to ADR Local Rule 6-10(d)" is hereby GRANTED.

Plaintiffs and Defendant's corporate representative are hereby relieved from in-person attendance at the first mediation session, which is presently scheduled for July 10, 2009.

IT IS SO ORDERED.

DATED: 6-11-09

HON. WAYNE D. BRAZIL
ADR Magistrate Judge

LAI-3026914v1